IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON RICARDO SMITH,

     Plaintiff,

v.                             Case No.  1:15cv91-MW/GRJ

CITY OF GAINESVILLE,

     Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No.4.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted and as foreclosed by *res judicata*.  Plaintiff is **warned** that the filing of repetitive cases

1

alleging the same claims as alleged in previously dismissed cases shall be met with the imposition of sanctions."    The Clerk shall close the file.

    **SO ORDERED on June 22, 2015.**

                                        <u>s/Mark E. Walker</u>
                                        **United States District Judge**